IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS DIVISION

| | | |
|---|---|---|
| **CHARLES MURPHY** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | 12-CV-841-MJR |
| vs. | ) | |
| | ) | Judge Michael J. Reagan |
| **OFFICER ROBERT SMITH,** | ) | |
| **OFFICER SHAWN RITCHEY &** | ) | Magistrate Judge Stephen C. Williams |
| **LIEUTENANT GREGORY FULK** | ) | |

## AFFIDAVIT OF SERVICE

I hereby certify that on December 1, 2012 I mailed copies of Plaintiff's *Motion for Oral Argument along with this Court's Order Granting Plaintiff's Motion and Setting the Matter for Telephonic Hearing on December 11, 2012 at 11:00a.m.,* in the above captioned matter to the email address of Assistant Attorney General Lisa Cook below and via facsimile and regular U.S. Mail to Litigation Coordinator of the Vandalia Correctional Center, Tracy McConaughay and the Secretary to the Warden of Vandalia Correctional Center Robin Duckwitz, notice of which is being filed electronically with the Clerk of the Court using CM/ECF system.

TO:

Lisa Cook
Assistant Attorney General
500 South Second Street
Springfield, IL 62706
Tel: (217) 782-5819
lcook@atg.state.il.us
Attorney for individual defendants

Tracy McConaughay
Litigation Coordinator
Vandalia Correctional Center
Route 51 North, P.O. Box 500
Vandalia, IL 62471
Tel: (618) 283-4170
Fax: (618) 283-9147

Robin Duckwitz
Secretary to Warden
Vandalia Correctional Center
Route 51 North, P.O. Box 500
Vandalia, IL 62471
Tel: (618) 283-4170
Fax: (618) 283-9147

                                                  **s/Fabian J. Rosati**
                                                  Attorney for the Plaintiff

Fabian J. Rosati, Esq.
333 E. Ontario, #1312
Chicago, IL 60611
(312) 285-2005
(312) 269-7040 ó Fax
Bar Number 6281531