# EXHIBIT A

STATE OF ILLINOIS — DEPARTMENT OF CORRECTIONS
ADULT AND JUVENILE DIVISIONS
INCIDENT REPORT

Institution/Program: Vandalia CC    Date and Time of Incident: 7/25/11 approx 1:25p

If the answer is yes to any of the following questions, explain in narrative below: unknown
A. Was a Weapon Involved: YES ☐ NO ☒   B. Were Restraints/Force Used: YES ☐ NO ☐ unknown   C. Was Property Damaged: YES ☐ NO
D. Have Apprehension Unit and/or Law Enforcement Agencies Been Notified: YES ☐ NO ☐   E. Were Arrests Made: YES ☐ NO ☒
F. Any Injuries/Hospitalizations: YES ☒ NO ☐   G. Were there Media Inquiries: YES ☐ NO ☒

Inmates/Staff Involved:
| Name | I.D.# | Offense | Commitment Date |
|---|---|---|---|
| Murphy | R62054 | | |

Witnesses to Incident:
| Name | I.D.# |
|---|---|
| R. Stewart | NA |

Statement of Facts: (NARRATIVE)
On the above date + time T. Eckhardt phoned this nurse stating, "They had trouble with one in seg, can you come down + look at him?" This nurse went to the seg unit + assessed pt. An injury report was filled out + pt was referred to the MD.

Reporting Employee: J Fulk, RN    Date/Time: 7/26/11 8:20A
Person Calling in Report:
Person Accepting Report: Lashonda Cameron    Date/Time: 7/26/11 10a

Administrative Assessment: Nurse reporting to have evaluated the offender and referred him to Medical Tech.

Administrative Officer: [signature]    Date/Time: July 26, 2011

Distribution:  Director
Deputy Director of Appropriate Division
Deputy Director of Bureau of Inspections and Audits
Legal Services (only if restraints/force used)
File

PLAINTIFF'S000561

(4/83)