# EXHIBIT

# B

ADULT AND JUVENILE DIVISIONS
INCIDENT REPORT

Institution/Program: Vandalia C C    Date and Time of incident: 7-25-11   11 53

If the answer is yes to any of the following questions, explain in narrative below.

A. Was a Weapon Involved: YES ☐ NO ☒  B. Were Restraints, Force Used: YES ☐ NO ☒  C. Was Property Damaged: YES ☐ NO ☐

D. Have Apprehension Unit and/or Law Enforcement Agencies Been Notified: YES ☐ NO ☒  E. Were Arrests Made: YES ☐ NO ☒

F. Any Injuries/Hospitalizations: YES ☐ NO ☐  G. Were there Media Inquiries: YES ☐ NO ☒

Inmates/Staff Involved:

| Name | I.D.# | Offense | Commitment Date | Witnesses to Incident Name | I.D.# |
|---|---|---|---|---|---|
| Murphy | R62054 | | | | |
| C O Smith | 4671 | | | | |
| C.O. Stewalt | 4682 | | | | |
| Lt. Fulk | 4026 | | | | |

Statement of Facts: (NARRATIVE)

While placing Murphy R62054 in cell 5 he was verbally threatening, attempted to headbutt, kick & pull away from CO Smith. C.O. Smith released Murphy & fell to the floor. Smith attempted to break his fall & both Smith & Murphy went to the floor. Murphy was stripped on the floor, stood up & door secured & cuffs removed. No injuries reported by staff or inmate

Reporting Employee: Greg Fulk   Date/Time: 7-25-11   Person Calling in Report: Major Henna 64   Person Accepting Report: Lashonda Cameron 7/26/11 2:48 pm

Administrative Assessment:

Chief Administrative Officer: ___   Date/Time: July 26, 2011

Distribution: Director
Deputy Director of Appropriate Division
Legal Services (only if restraints/force used)

PLAINTIFF'S000560

ADULT AND JUVENILE DIVISIONS
INCIDENT REPORT

Institution/Program: __Vandalia Corr. Ctr.__   Date and Time of incident: __7-25-11  App. 1155 Am__

If the answer is yes to any of the following questions, explain in narrative below:

A. Was a Weapon Involved: YES ☐ NO ☑   B. Were Restraints/Force Used: YES ☑ NO ☐   C. Was Property Damaged: YES ☐ N☑

D. Have Apprehension Unit and/or Law Enforcement Agencies Been Notified: YES ☐ NO ☑   E. Were Arrests Made: YES ☐ NO ☑

F. Any Injuries/Hospitalizations: YES ☐ NO ☑   G. Were there Media Inquiries: YES ☐ NO ☑

Inmates/Staff Involved:

| Name | I.D. # | Offense | Commitment Date |
|---|---|---|---|
| C/O B Smith | 4671 | | |
| C/O Stewart | 4682 | | |
| LT Fulk | 4026 | | |
| murphy | R62054 | | |

Witnesses to Incident

| Name | I.D. # |
|---|---|
| | |

Statement of Facts: (NARRATIVE) On the above date & app. time while assisting c/o B.Smith with the escort of inmate murphy R62054 to seg from in front of the inmate kitchen, inmate murphy was being very insolent toward c/o B.Smith. Upon arrival at seg he became physcually agressive toward c/o B.Smith and also stated "I swear on my kids I will kill you" inmate was escorted to seg gallery in front of cell 5 where inmate murphy continued fighting with c/o smith. Inmate murphy attempted to reverse headbutt and slinaway from c/o smith and c/o smith placed inmate murphy in cell and released him. This reporting c/o then returned to my regular duties with chow line movement.

Inmate & ID match.

E.O.R.

| Reporting Employee | Date/Time | Person Calling in Report | Person Accepting Report | Date/Time |
|---|---|---|---|---|
| R.stewart 4682 | 7-25-11 13⁴⁷ | | Lashorda Cameron | 7/26/11 2:50 |

Administrative Assessment:

Chief Administrative Officer _____   Date/Time July 26, 2011

Distribution:  Director
Deputy Director of Appropriate Division

PLAINTIFF'S000563

ILLINOIS DEPARTMENT OF CORRECTIONS

ADULT AND JUVENILE DIVISIONS

INCIDENT REPORT

Institution/Program: __Vandalia   CC__                    Date and Time of Incident __7-25-11      11⁵⁰A__

If the answer is yes to any of the following questions, explain in narrative below:

A. Was a Weapon Involved: YES ☐  NO ☒  B. Were Restraints, Force Used: YES ☒  NO ☐  C. Was Property Damaged: YES ☐  NO ☒

D. Have Apprehension Unit and/or Law Enforcement Agencies Been Notified: YES ☐  NO ☒  E. Were Arrests Made: YES ☐  NO ☒

F. Any Injuries/Hospitalizations: YES ☐  NO ☒  G. Were there Media Inquiries: YES ☐  NO ☒

| Inmates/Staff Involved: Name | I.D.# | Offense | Commitment Date | Witnesses to Incident: Name | I.D.# |
|---|---|---|---|---|---|
| Murphy | R62054 | 208/2000 | 7-25-11 | C/O Stewart | 4662 |
| B Smith | 4671 | | | | |
| I Fulk | 4026 | | | | |

Statement of Facts: (NARRATIVE) On the above date and appr time I/m Murphy R62054 began yelling at the I/m chowhall workers to wipe his table seat. C/O told the I/m to set down. The I/m Murphy started getting attention from appr 250 I/ms then yelling at this C/O "Fuck you bitch you sit down", this C/O told the I/m to leave the chow hall where he was placed in cuffs by Sgt Ekhardt (outside chowhall. This C/O & C/O Stewart 4662 escorted I/m to Seg. I/m Murphy R62054 was kicking and trying to reverse head butt this C/O. I/m continued to tell this C/O that he was going to Kill him & he swears on his Kids lives Once in Seg this C/O restrained the I/m by his upper body. LT Fulk talked to this I/m and told him to calm down and quit fighting. I/m began to fight harder as this C/O took him to the cell. This C/O let the I/m go in the cell I/m lost his balance as he was still kicking at this C/O. I/m fell to the floor and this C/O tried to break his fall and went to the floor with him. LT Fulk and this C/O stripped the I/m and then the cell door was locked and restraints were removed, NO injuries were reported. I/m turned to the cell door and yelled at this C/O "I ought to spit on you Mother Fucker" - CCR

| Robert Smith 4671 | 7-25-11 ⁰⁵ P | Major Henna 644 | Lashonda Cannon |
|---|---|---|---|
| Reporting Employee | Date/Time | Person Calling in Report | Person Accepting Report   Date/Time 7/25/11 2pm |

Administrative Assessment: _____

Chief Administrative Officer _____    Date/Time __July 26, 2011__

Distribution:  Director
               Deputy Director of Appropriate Division          Legal Services (only if restraints/force used)

PLAINTIFF'S000564