IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| CHARLES MURPHY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CASE NO. 12-841-SCW |
| | ) |
| ROBERT SMITH, SHAWN RITCHEY, | ) |
| GREGORY FULK, RUSSELL STEWART, | ) |
| | ) |
| Defendant(s). | ) |

## JUDGMENT IN A CIVIL CASE

Defendant **RUSSELL STEWART** was dismissed with prejudice on January 28, 2015, by an Order entered Magistrate Judge Stephen C. Williams at the close of Plaintiff's case. (Doc. 132 and 133).

The claims against the remaining Defendants were submitted to the jury at the close of trial. The issues have been tried and the jury has rendered it verdict. (Doc. 142)

THEREFORE, judgment is entered in favor of Defendant **RUSSELL STEWART** and against Plaintiff. Judgment is entered in favor of Defendant **SHAWN RITCHEY** and against Plaintiff. Judgment is entered in favor of Plaintiff and against Defendant **ROBERT SMITH** in the amount of two hundred forty-one thousand and one dollars ($241,001.00). Judgment is entered in favor of Plaintiff and against Defendant **GREG FULK** in the amount of one hundred sixty-eight thousand seven hundred fifty dollars ($168,750.00).

**DATED** this 2nd day of February, 2015

JUSTINE FLANAGAN, Acting Clerk

BY: s//  Angela Vehlewald
         Deputy Clerk

Approved by      s// Stephen C. Williams
         United States Magistrate Judge
         Stephen C. Williams